1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJOR TEXTILE IMPORTS, INC., a California Corporation | ) Case No. CV 07-5875 SVW (CTx) <br> ) Honorable Stephen V. Wilson |
| Plaintiff, | ) |
| vs. | ) |
| L.A. PRINTEX INDUSTRIES, INC.; and DOES 1 through 10, inclusive, | ) **JUDGMENT BY THE COURT** <br> ) **UNDER FED. R. CIV. PRO. 50** |
| Defendants. | ) |
| _____ | ) |
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation | ) |
| Counter-Claimant, | ) |
| vs. | ) |
| MAJOR TEXTILE IMPORTS, INC and DOES 1 through 10, inclusive | ) |
| Counter-Defendant. | ) |
| _____ | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

# JUDGMENT

The Court, having granted the Motion for Summary Judgment of Defendant LA PRINTEX INDUSTRIES, INC. on April 17, 2008,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff, MAJOR TEXTILE IMPORTS, INC. shall take nothing by way of their Complaint.

**IT IS SO ORDERED.**

DATE: June 13, 2008      _____

                                              Hon. Stephen V. Wilson
                                              United States District Judge